[Nos. 40962-3-II; 41672-7-II.   Division Two.   June 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN CONTRERAS-REBOLLAR, *Appellant*.

*In the Matter of Personal Restraint of* ADRIAN CONTRERAS-REBOLLAR, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01643-4, Ronald E. Culpepper, J., entered July 2, 2010, together with a petition for relief from personal restraint. Judgment *remanded* and petition *denied* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 41196-2-II.   Division Two.   June 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM AARON BARGE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00484-1, James W. Lawler, J., entered September 14, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 41297-7-II.   Division Two.   June 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY KENYATA CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04894-2, Rosanne Buckner, J., entered October 8, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Penoyar, JJ.